IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVENELL L. ASH,

    Plaintiff,

v.

HON. KELLY THIMM, et al.

    Defendants.

ORDER

Case No. 25-cv-525-jdp

---

DAVENELL L. ASH,

    Plaintiff,

v.

JANELLE NEHRING, et al.

    Defendants.

ORDER

Case No. 25-cv-526-jdp

---

Plaintiff Davenell L. Ash has filed two proposed civil complaints. Plaintiff seeks to commence these lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

IT IS ORDERED that:

1. Plaintiff Davenell L. Ash's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether either case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be

granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 11th day of July, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge